565 U.S. 941, 132 S. Ct. 423, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7171.

October 11, 2011. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-5810. In re Mark C. Jackson, Petitioner.**

565 U.S. 941, 132 S. Ct. 419, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7195.

October 11, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8. Justice Kagan

took no part in the consideration or decision of this motion and this petition.